FILED

JAN 31 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA, )
Plaintiff, )
vs. ) No.
SEAN BOURE, ) 4:19CR00077 ERW/JMB
Defendant. )

# INDICTMENT

## COUNT ONE

The Grand Jury charges that:

On or about September 5, 2018, in the County of St. Louis within the Eastern District of Missouri,

**SEAN BOURE,**

the Defendant herein, did obstruct, delay, or affect commerce or the movement of any article or commodity in commerce or attempt to do so by robbery of the Boost Mobile wireless telecommunication store, located at 10204 Page Avenue, Overland, Missouri 63132, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 1951(a), and punishable under Title 18, Untied States Code, Section 1951(a).

## COUNT TWO

The Grand Jury further charges that:

On or about September 5, 2018, in the County of St. Louis within the Eastern District of Missouri,

**SEAN BOURE,**

the Defendant herein, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, attempt to obstruct, delay, or affect commerce by robbery as charged in Count One herein.

In violation of Title 18, United States Code, Sections 924(c)(1)(A), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

**COUNT THREE**

The Grand Jury charges that:

On or about September 5, 2018, in the County of St. Louis, within the Eastern District of Missouri,

**SEAN BOURE,**

the Defendant herein, did knowingly and intentionally possess a stolen firearm which previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(j).

**COUNT FOUR**

The Grand Jury charges that:

On or about October 2, 2018, in the County of St. Louis within the Eastern District of Missouri,

**SEAN BOURE,**

the Defendant herein, did obstruct, delay, or affect commerce or the movement of any article or commodity in commerce or attempt to do so by robbery of the Cricket Wireless, located at 1530 South Kirkwood Road, Sunset Hills, Missouri 63127, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and

commodities that have been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 1951(a), and punishable under Title 18, Untied States Code, Section 1951(a).

**COUNT FIVE**

The Grand Jury further charges that:

On or about October 2, 2018, in the County of St. Louis within the Eastern District of Missouri,

**SEAN BOURE,**

the Defendant herein, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, attempt to obstruct, delay, or affect commerce by robbery as charged in Count Four herein.

In violation of Title 18, United States Code, Sections 924(c)(1)(A), and punishable under Title 18, United States Code, Section 924(c)(1)(C).

**COUNT SIX**

The Grand Jury charges that:

On or about November 9, 2018, in the County of St. Louis within the Eastern District of Missouri,

**SEAN BOURE,**

the Defendant herein, did obstruct, delay, or affect commerce or the movement of any article or commodity in commerce or attempt to do so by robbery of the Boost Mobile, located at 12110 St. Charles Rock Road, Bridgeton, Missouri 63044, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 1951(a), and punishable under Title 18, Untied States Code, Section 1951(a).

**COUNT SEVEN**

The Grand Jury further charges that:

On or about November 9, 2018, in the County of St. Louis within the Eastern District of Missouri,

**SEAN BOURE,**

the Defendant herein, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, attempt to obstruct, delay, or affect commerce by robbery as charged in Count Six herein.

In violation of Title 18, United States Code, Sections 924(c)(1)(A), and punishable under Title 18, United States Code, Section 924(c)(1)(C).

**COUNT EIGHT**

The Grand Jury charges that:

On or about November 12, 2018, in the City of St. Louis within the Eastern District of Missouri,

**SEAN BOURE,**

the Defendant herein, did obstruct, delay, or affect commerce or the movement of any article or commodity in commerce or attempt to do so by robbery of the Lee's Famous Recipe Chicken, located at 6310 West Florissant Avenue, St. Louis, Missouri 63136, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 1951(a), and punishable under Title 18, Untied States Code, Section 1951(a).

**COUNT NINE**

The Grand Jury further charges that:

On or about November 12, 2018, in the City of St. Louis within the Eastern District of Missouri,

**SEAN BOURE,**

the Defendant herein, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, attempt to obstruct, delay, or affect commerce by robbery as charged in Count Eight herein.

In violation of Title 18, United States Code, Sections 924(c)(1)(A), and punishable under Title 18, United States Code, Section 924(c)(1)(C).

**COUNT TEN**

The Grand Jury charges that:

On or about November 16, 2018, in the City of St. Louis within the Eastern District of Missouri,

**SEAN BOURE,**

the Defendant herein, did obstruct, delay, or affect commerce or the movement of any article or commodity in commerce or attempt to do so by robbery of the Metro by T-Mobile, located at 4517 South Kingshighway Boulevard, St. Louis, Missouri 63109, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 1951(a), and punishable under Title 18, Untied States Code, Section 1951(a).

**COUNT ELEVEN**

The Grand Jury further charges that:

On or about November 16, 2018, in the City of St. Louis within the Eastern District of

Missouri,

**SEAN BOURE,**

the Defendant herein, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, attempt to obstruct, delay, or affect commerce by robbery as charged in Count Ten herein.

In violation of Title 18, United States Code, Sections 924(c)(1)(A), and punishable under Title 18, United States Code, Section 924(c)(1)(C).

**COUNT TWELVE**

The Grand Jury charges that:

On or about November 23, 2018, in the County of St. Louis within the Eastern District of Missouri,

**SEAN BOURE,**

the Defendant herein, did obstruct, delay, or affect commerce or the movement of any article or commodity in commerce or attempt to do so by robbery of the Cricket Wireless, located at 8021 West Florissant Avenue, Jennings, Missouri 63136, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 1951(a), and punishable under Title 18, Untied States Code, Section 1951(a).

**COUNT THIRTEEN**

The Grand Jury further charges that:

On or about November 23, 2018, in the County of St. Louis within the Eastern District of Missouri,

**SEAN BOURE,**

the Defendant herein, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, attempt to obstruct, delay, or affect commerce by robbery as charged in Count Twelve herein.

In violation of Title 18, United States Code, Sections 924(c)(1)(A), and punishable under Title 18, United States Code, Section 924(c)(1)(C).

A TRUE BILL

FOREPERSON

JEFFREY B. JENSEN
United States Attorney

LINDA LANE, #00114511A
Assistant United States Attorney